Property Address: 149 FEDERAL STREET, SALEM, MA, 01970

## CORPORATE ASSIGNMENT OF MORTGAGE

Essex Southern District, Massachusetts
SELLER'S SERVICING #: ███████ "ARCHAMBAULT"
OLD SERVICING #: ███████

MERS #: 100016500005266001  VRU #: 1-888-679-6377

Date of Assignment: June 5th, 2008
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS Nominee for GN MORTGAGE, LLC., A WISCONSIN LIMITED LIABILITY CO IT'S SUCCESSORS AND ASSIGNS at P.O. BOX 2026, G4318 MILLER ROAD, FLINT, MI 48501-2026
Assignee: AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, PO BOX 1706, SCOTTSBLUFF, NE 69361

Executed By: KATHY A. BERTUCCI ARCHAMBAULT To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR GN MORTGAGE, LLC, A WISCONSIN LIMITED LIABILITY COMPANY
Date of Mortgage: 07/08/2005 Recorded: 07/13/2005 in Book/Reel/Liber: 24550 Page/Folio: 284 as Instrument No.: 2005071300231 In Essex Southern District, Massachusetts

Property Address: 149 FEDERAL STREET, SALEM, MA 01970

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $350,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS Nominee for GN MORTGAGE, LLC., A WISCONSIN LIMITED LIABILITY CO IT'S SUCCESSORS AND ASSIGNS
On June 5th, 2008

By: _____
JOANN REIN, Vice President

Mortgage Broker
Name: None
Address: None
License #: _____

*SFL*SFLALSI*08/05/2008 02:32:43 PM* ALSIDIALSI/█████████ MAESSEX* ██████ MASTATE_MORT_ASSIGN_ASSN **SFLALSI*

Recording Requested By:
AURORA LOAN SERVICES
When Recorded Return To:
Susan Lindhorst
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

Mortgage Originator
Name: None
Address: None
License #: _____

EXHIBIT C

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON June 5th, 2008, before me, DARLINE DIETZ, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared JOANN REIN, Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature: Darline Dietz]*

DARLINE DIETZ
Notary Expires: 03/22/2010

GENERAL NOTARY-State of Nebraska
DARLINE DIETZ
My Comm. Exp. March 22, 2010

(This area for notarial seal)